# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHWESTERN DIVISION

| | |
|---|---|
| Tonyia A. Branstetter, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. ) 13-5133-CV-SW-JTM |
| Carolyn W. Colvin, | ) ) |
| Defendant. | ) ) |

## O R D E R

On October 9, 2014, the Court heard oral argument on the *Plaintiff's Social Security Brief,* filed March 27, 2014 [Doc.8] and the *Brief For Defendant*, filed June 10, 2014 [Doc. 12]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the oral argument, it is

**ORDERED** that the decision of the Commissioner is **AFFIRMED**.

       */s/ John T. Maughmer*
       **JOHN T. MAUGHMER**
       **U. S. MAGISTRATE JUDGE**